IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 24-cr-00164-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KALEB HALE,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on United States' Motion to Restrict Document [Docket No. 43] and defendant's Motion to Restrict Access [Docket No. 46]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

    **ORDERED** that the United States' Motion to Restrict Document [Docket No. 43] is granted. It is further

    **ORDERED** that the defendant's Motion to Restrict Access [Docket No. 46] is granted. It is further

    **ORDERED** that Docket Nos. 41, 42, 44, and 45 shall be restricted under restriction level 1 until further order of this Court.

    DATED September 16, 2025.

                                        BY THE COURT:

                                        PHILIP A. BRIMMER
                                        Chief United States District Judge